## ROBERT J. MYERS v. STATE OF MARYLAND

[No. 75, September Term, 1983.]

*Decided September 8, 1983.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

### PER CURIAM ORDER

The Court having considered and granted the petition for writ of certiorari in the above captioned case, it is this 8th day of September, 1983

ORDERED, by the Court of Appeals of Maryland, that in light of the decision in *Spence v. State,* No. 52, September Term, 1982, decided on August 10, 1983, the judgment of the Court of Special Appeals be, and it is hereby, reversed and the case remanded to that court with instructions to remand the case to the Circuit Court for Baltimore County for a new trial; costs to be paid by the State of Maryland.